UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED at 478 West Great Basin Drive, Meridian, Ada County, Idaho, being APN No. R1333240540, and all fixtures, improvements and appurtenances thereon (Owners of Record: Jorge Pacheco and Irma Jaramillo),<br><br>                Defendant. | Case No. 1:11-cv-00426-BLW<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR SETTLEMENT OF CLAIM** |

      The Court has before it a Stipulation and Agreement for Settlement of Claim (Dkt. 27) for compromise and settlement of Claimant Irma Jaramillo's interest in the real property more particularly described as follows:

> Real property located at 478 West Great Basin Drive, Meridian, Ada County, Idaho, being Parcel No. R1333240540, and more particularly described as follows:
>
> Lot 7 in Block 32 of Cedar Springs Subdivision No. 8, according to the official plat thereof, filed in Book 94 of Plats at Page(s) 11417 through 11419, and as Amended by an Affidavit recorded December 19, 2006 as Instrument No. 106196519, official records of Ada County, Idaho
>
> TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee, its heirs and assigns forever. And the said Grantor

does hereby covenant to and with the said Grantee, that Grantor is the owner in fee simple of said premises' that they are free from all encumbrances EXCEPT those to which this conveyance is expressly made subject and those made, suffered or done by the Grantee; and subject to all existing patent reservations, easements, right(s) of way, protective covenants, zoning ordinances, and applicable building codes, laws and regulations, general taxes and assessments, including irrigation and utility assessments (if any) for the current year, which are not due and payable, and that Grantor will warrant and defend the same from all lawful claims whatsoever.  Whenever the context so requires, the singular number includes the plural.

The Court finds good cause to approve the Stipulation and Agreement for Settlement of Claim.  Accordingly, the Court will approve the above-referenced stipulation.

## ORDER

**IT IS ORDERED:**

1. The Stipulation and Agreement for Settlement of Claim (Dkt. 27) is **APPROVED** and **GRANTED**.

DATED:  **April 24, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge