UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED at 478 West Great Basin Drive, Meridian, Ada County, Idaho, being APN No. R1333240540, and all fixtures, improvements and appurtenances thereon (Owners of Record: Jorge Pacheco and Irma Jaramillo),<br><br>                Defendant. | Case No. 1:11-cv-00426-BLW<br><br>**DEFAULT JUDGMENT AS TO JORGE PACHECO** |

      The Court has before it the Government's Motion for an order of Default Judgment as to Jorge Pacheco (Dkt. 29). It appears from the records and files herein that Pacheco was served with a copy of the Verified Complaint In Rem (Dkt. 1) and Notice of Forfeiture Against Real Property on November 30, 2011. Default as to Pacheco was entered by the Court on January 23, 2012 (Dkt. 19). The Government's Motion for Entry of Default Judgment as to Pacheco was filed on April 17, 2012 (Dkt. 29). Pacheco has not answered the complaint, although his time to do so has expired, nor has he responded to the Motion for Entry of Default Judgment. It further appears that Pacheco is neither a minor nor an incompetent or incapacitated person, nor in the military service of the

**DEFAULT JUDGMENT - 1**

United States.

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. The Motion for Entry of Default Judgment (Dkt. 29) is **GRANTED**. Jorge Pacheco is declared to be in default herein and a default judgment is hereby entered of record in favor of the Government against Jorge Pacheco.

DATED: **April 24, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

DEFAULT JUDGMENT - 2