UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 478 West Great Basin Drive, Meridian, Ada County, Idaho, being APN No. R1333240540, and all fixtures, improvements and appurtenances thereon (Owners of Record: Jorge Pacheco and Irma Jaramillo),<br><br>　　　　　Defendant. | Case No. 1:11-cv-00426-BLW<br><br>**JUDGMENT, DECREE OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE** |

　　　　This cause coming before the Court upon the application of Plaintiff, United States of America, for Judgment, Decree of Forfeiture and Certificate of Reasonable Cause (Dkt 35), and the Court being fully advised in the premises, finds:

　　　　1.　　That on September 13, 2011, the United States filed a Verified Complaint *In Rem* (Dkt. 1), alleging that the above-named defendant property constituted property traceable to gross proceeds of violations of 8 U.S.C. § 1324, and therefore subject to forfeiture pursuant to 8 U.S.C. § 1324(b);

　　　　2.　　The United States caused notice of the forfeiture action to be served on all

interested parties and to be published on the official government internet site, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on September 24, 2011, in accordance with the requirements of Rule G(4)(a) and (b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure;

    3.    The following Orders were filed:

        a.    Order Approving Stipulation and Agreement for Settlement of Claim of Ada County Treasurer (Dkt. 33) was entered by this Court on April 24, 2012, and payment of taxes in the amount of $1,019.55 was made to Ada County Treasurer by First American Title and Escrow Company on or about April 27, 2012 from the sale proceeds of the defendant property.

        b.    The Order Approving Stipulation and Agreement for Settlement of Claim as to Irma Jaramillo (Dkt. 32) was entered by this Court on April 24, 2012, and pursuant to said Order, the defendant property was sold, closing on or about April 27, 2012.  Irma Jaramillo retained $59,574.40 of the net sale proceeds, and the United States received $97,200.33 net sale proceeds on April 27, 2012 via check issued from First American Title and Escrow Company.

        c.    Order granting Motion for Entry of Default as to Jorge Pacheco was

JUDGMENT, DECREE OF FORFEITURE AND
CERTIFICATE OF REASONABLE CAUSE - 2

>   entered was entered on April 17, 2012 (Dkt. 29) and Order granting
>   Motion for Entry of Default Judgment as to Jorge Pacheco was
>   entered on April 24, 2012 (Dkt. 34).

4. There are no other interested persons, no other claims have been filed;

5. The allegations of the Verified Complaint *In Rem* are taken as admitted; and

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1355(b)(1)(A) and (B).

Based upon the findings, the record herein, and the Court being otherwise fully advised in this matter, NOW, THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Entry of Judgment, Decree of Forfeiture and Certificate of Reasonable Cause (Dkt. 35) is **GRANTED**, and that, as to the defendant res of $97,200.33 United States currency, judgment of forfeiture is hereby entered in favor of the United States and against the persons above-named and all other persons or parties, forfeiting all right, title, claim or interest they may have in said property, and that title to such property be and is hereby vested in the United States of America, and that no other person or entity shall have any claim of interest therein.

**IT IS FURTHER ORDERED** that the defendant res of $97,200.33 in United States currency is condemned and forfeited to the United States of America for disposition by the United States Immigration and Customs Enforcement - Homeland Security Investigations, United States Customs and Border Protection and/or their agents,

according to law;

**IT IS HEREBY CERTIFIED** by this Court, pursuant to 28 U.S.C. § 2465 and based upon the pleadings on file, that there was reasonable cause for seizure on the part of the United States of America.

The parties shall bear their own costs and attorney fees, except for the payment of attorneys fees and costs to the Legal Services Corporation for Payment of Claimant Irma Jaramillo's legal counsel in an amount not to exceed $5,000, pursuant to 18 U.S.C. § 983(b)(2).

DATED:  **June 29, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge