IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br> v.<br>Real Property located at 478 West Great Basin Drive, Meridian, Ada County, Idaho, being APN No. R1333240540, and all fixtures, improvements and appurtenances thereon Owners of Record: Jorge Pacheco and Irma Jaramillo)<br>                    Defendants | Case No.  1:11-cv-00426-BLW<br><br>**ORDER GRANTING PETITION FOR ATTORNEY FEES AND COSTS** |

      The Court has been petitioned by the attorney for Claimant Irma Jaramillo pursuant to the 18 U.S.C. 983(b) for an Order of Attorney Fees and Costs (Dkt. 37).  The Court previously appointed counsel in this case and the parties have stipulated such Petition for fees and costs would be ordered.  It is noted that the attorney fees sought are subject to CJA rates in 18 U.S.C. 3006A and are attributable to time submitted by attorney Elisa G. Massoth.

      **IT IS HEREBY ORDERED** That the Petition for Order of Attorney Fees and Costs (Dkt. 37) is **GRANTED** and that pursuant to 18 U.S.C. 983(b)(2), attorney fees and costs to Elisa G. Massoth are ordered in the amount of $5,044.91

      **IT IS FURTHER ORDERED** that the U.S. Attorney's office will submit the appropriate forms, as attached to the Declaration of Elisa G. Massoth, to the U.S.

**ORDER GRANTING PETITION FOR ATTORNEY FEES AND COSTS– 1**

Treasury Civil Forfeiture Fund.

DATED: September 13, 2012

B. Lynn Winmill
Chief Judge
United States District Court